

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FJN/JPL/NDB/RMP　　　　　　　　　　　　　　*271 Cadman Plaza East*
F. #2019R00935 / OCDETF #NY-NYE-874H　　　*Brooklyn, New York 11201*

June 30, 2023

<u>By ECF and USAFx</u>

| | | |
|---|---|---|
| Abed Hammoud, Esq. | James Roth, Esq. | Joshua Dratel, Esq. |
| Abed Hammoud Law, PLLC | Stampur & Roth | Dratel & Lewis |
| 645 Griswold, Suite 1717 | 299 Broadway | 29 Broadway, Suite 1412 |
| Detroit, Michigan 48226 | New York, NY 10007 | New York, NY 10006 |

　　　　　Re:　　United States v. Mohammad Bazzi
　　　　　　　　<u>Criminal Docket No. 23-041 (DLI)</u>

Dear Counsel:

　　　　Enclosed please find the government's second production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, Bates-numbered Sensitive Discovery Material MB00000124- Sensitive Discovery Material MB00000165.  The government also requests reciprocal discovery from the defendant.

　　　　The material enclosed is being produced to you pursuant to the Protective Order entered by the Court on May 19, 2023, <u>see</u> ECF No. 12, and the Stipulation dated June 16, 2023.

The materials are being provided to you via the USAFx platform.  Please contact us if you have any issues accessing the materials.

                    Very truly yours,

                    BREON PEACE
                    United States Attorney

By:    /s/ Nomi Berenson
        Francisco J. Navarro
        Jonathan P. Lax
        Nomi D. Berenson
        Robert M. Pollack
        Assistant United States Attorneys
        (718) 254-7000

Enclosures

cc:    Clerk of the Court (DLI) (by ECF) (without enclosures)