UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | <u>ORDER OF JUDICIAL REMOVAL</u> |
| - against - | Criminal Docket No. 23 CR 41 (DLI) |
| MOHAMMAD IBRAHIM BAZZI, | |
| Defendant. | |

------------------X

Upon the application of the United States of America, by Nomi D. Berenson, Robert M. Pollack, and Jonathan P. Lax, Assistant United States Attorneys, Eastern District of New York; upon the Factual Allegations in Support of Judicial Removal; upon the consent of MOHAMMAD IBRAHIM BAZZI (the "defendant"); and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of Lebanon and citizen of Lebanon and Belgium.

3. On or about April 25, 2023, the defendant was paroled into the United States for the purpose of criminal prosecution, pursuant to Section 212(d)(5) of the Immigration and Nationality Act of 1952, as amended, (the "INA" or the "Act"), 8 U.S.C. § 1182(d)(5).

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court, Eastern District of New York, of the following offense: Conspiracy to Conduct Unlawful Transactions Involving a Specially Designated Global Terrorist, in violation of 50 U.S.C. § 1705(a).

5.  A total maximum sentence of 20 years' imprisonment may be imposed for the above-mentioned offense.

6.  The defendant is subject to removal from the United States pursuant to 1) Section 212(a)(7)(A)(i)(I) of the Act, 8 U.S.C. § 1182(a)(7)(A)(i)(I), as an immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationality as required under the regulations issued by the Attorney General under Section 211(a) of the Act.

7.  The defendant has waived his right to notice and a hearing under Section 238(c) of the Act, 8 U.S.C. § 1228(c).

8.  The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

9.  The defendant has designated Lebanon as the country for removal, and Belgium as the alternate country of removal, pursuant to Section 240(d) of the Act, 8 U.S.C. § 1229a(d).

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the Act, 8 U.S.C. § 1228(c), that the defendant shall be removed from the United States promptly upon his release from confinement, or, if the defendant is not sentenced to a term of imprisonment, promptly upon his sentencing, and that the defendant be ordered removed to Lebanon, and, in the alternative, to Belgium.

Dated: Brooklyn, New York
September 20, 2024

S/ Dora L. Irizarry
_____
HONORABLE DORA LIZETTE IRIZARRY
UNITED STATES DISTRICT JUDGE